**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 6/12/2025            │
└─────────────────────────────────┘
```

---

UNITED STATES OF AMERICA,

                    Plaintiff,

          - against -

JACK ROUZIER,

                    Defendant.

**25 Cr. 247 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The initial conference scheduled for June 13, 2025, is hereby adjourned until August 15, 2025, at 11:00 AM. It is hereby ordered that time until August 15, 2025, shall be excluded from speedy trial calculations to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i) and (iv).


**SO ORDERED.**

Dated:     12 June 2025
           New York, New York

                                        _____
                                             Victor Marrero
                                                U.S.D.J.