UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025
```

UNITED STATES OF AMERICA

    -against-

JACK "EDEN" ROUZIER,

          Defendant.

25-cr-247

[PROPOSED] ORDER

Upon the *ex parte* application of Jack "Eden" Rouzier, by her attorney Noam Biale, Esq., for an order authorizing the appointment of Michael Bass, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Michael Bass, Esq. is appointed *nunc pro tunc* to June 2, 2025 to assist in the representation of Eden Rouzier in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       June 13, 2025

SO ORDERED

_____
Hon. Victor Marrero
United States District Judge
Southern District of New York